IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-404-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   BARNEY T. LYLES,**

        Defendant.

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #43), filed October 8, 2009. The Status Conference set for **October 9, 2009 at 10:00 a.m.**, is converted to a **Change of Plea Hearing.**

Dated:  October 8, 2009